UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| ELIZABETH JONES, | ) | Civil Action No. 5:21-cv-02828-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 3rd day of May, 2022, it is hereby, ORDERED that Plaintiff, Elizabeth Jones, is awarded attorney fees in the amount of Four Thousand One Hundred Fourteen Dollars and 83/100 Cents ($4,114.83) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff, Elizabeth Jones, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

May 3, 2022                                    s/R. Bryan Harwell
Florence, South Carolina                       R. Bryan Harwell
                                               Chief United States District Judge